No. 112. CITY AND COUNTY OF DENVER v. E. STENGER, AS RECEIVER OF THE DENVER TRAMWAY COMPANY. Appeal from the District Court of the United States for the District of Colorado. Argued January 11, 12, 1927. Decided January 17, 1927. *Per Curiam.* Appeal transferred to the Circuit Court of Appeals for the Eighth Circuit under the authority of the Act of September 14, 1922, c. 305, 42 Stat. 837, and of the following cases: *Aspen Mining and Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 331–334; *Carter* v. *Roberts,* 177 U. S. 496, 500; *Union Trust Co.* v. *Westhus,* 228 U. S. 519, 522, 524; *Metropolitan Water Co.* v. *Kaw*

*Valley Drainage District,* 223 U. S. 519, 522–524; *Shapiro v. United States,* 235 U. S. 412, 415–417; *Farmers and Mechanics National Bank* v. *Wilkinson,* 266 U. S. 503, 506. *Messrs. Thomas H. Gibson* and *Henry E. May,* with whom *Mr. Myron H. Walker* was on the brief, for appellant. *Mr. Gerald Hughes,* with whom *Messrs. Clayton C. Dorsey* and *H. S. Robertson* were on the brief, for appellee.